PEOPLE OF THE TERRITORY OF GUAM

v.

JOSEPH TENORIO, et. al., Defendants

Cr. No. 114F-79
Superior Court of Guam
December 14, 1979

- - - - -

- - - - -

ABBATE, Judge

DECISION AND ORDER

Defendant Raymond Quidachay's motion to dismiss was heard on December 14, 1979. Defendant contends that the indictment relating providing "escape implements" (§58.50 Criminal and Correctional Code of Guam) [9 GCA] is unconstitutionally vague.

Section 58.10(d) of the Guam Criminal and Correctional Code defines "escape implements". Therefore, it is the Decision of the Court that the Motion be and is hereby DENIED.

SO ORDERED.